In the Matter of the Claim of JOHN J. KAVANAUGH, Respondent, against GENERAL ELECTRIC COMPANY, Appellant.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — failure to give notice of injury excused on ground that employer was not prejudiced thereby.*

*Kavanaugh* v. *General Electric Co.*, 192 App. Div. 934, affirmed.

(Argued September 28, 1920; decided October 12, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 17, 1920, affirming an award of the state industrial commission made under the Workmen's Compensation Law. On November 15, 1918, claimant, while working for defendant, strained his back from lifting a heavy drum of wire. On February 25, 1919, he left the defendant's employ. His claim for compensation was filed May 28, 1919. Defendant contended that notice of the injury was not given within the time prescribed by section 18 of the Workmen's Compensation Law. The industrial commission found as a fact that claimant gave verbal notice of the accident to his assistant foreman within two hours after it happened and held that failure to give written notice was excused on the ground that defendant was not prejudiced by such failure.

*Richmond D. Moot* for appellant.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, CRANE and ELKUS, JJ.